IN THE SUPREME COURT OF THE STATE OF KANSAS

Bar Docket No. 20699

In the Matter of PATRICK GEORGE COPLEY,
*Respondent.*

ORDER OF DISBARMENT

In a letter signed by the respondent on April 1, 2019, addressed to the Clerk of the Appellate Courts, respondent Patrick George Copley, an attorney admitted to the practice of law in the state of Kansas, voluntarily surrendered his license to practice law in Kansas, pursuant to Supreme Court Rule 217 (2019 Kan. S. Ct. R. 267).

At the time the respondent surrendered his license, two disciplinary complaints were pending with the Disciplinary Administrator alleging violations of Kansas Rules of Professional Conduct 1.3 (2019 Kan. S. Ct. R. 298) (diligence), 1.4 (2019 Kan. S. Ct. R. 299) (communication), 1.7 (2019 Kan. S. Ct. R. 308) (conflict of interest), 1.15 (2019 Kan. S. Ct. R. 334) (safekeeping property), 1.16 (2019 Kan. S. Ct. R. 339) (termination of representation), and 8.4 (2019 Kan. S. Ct. R. 387) (professional misconduct).

This court finds that the surrender of the respondent's license should be accepted and that the respondent should be disbarred.

IT IS THEREFORE ORDERED that Patrick George Copley be and he is hereby disbarred from the practice of law in Kansas, and his license and privilege to practice law are hereby revoked.

IT IS FURTHER ORDERED that the Clerk of the Appellate Courts strike the name of Patrick George Copley from the roll of attorneys licensed to practice law in Kansas.

1

IT IS FURTHER ORDERED that this order shall be published in the Kansas Reports, that the costs herein shall be assessed to the respondent, and that the respondent forthwith shall comply with Supreme Court Rule 218 (2019 Kan. S. Ct. R. 268).

Dated this 9th day of April, 2019.